**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BISMARK MONJARREZ GUTIERREZ,<br>Petitioner,<br><br>v.<br><br>WARDEN OF MOSHANNON VALLEY PROCESSING CENTER,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-CV 1248<br>Hon. Stephanie L. Haines |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Petitioner, Mr. Monjarrez Gutierrez, and Respondent, Warden of Moshannon Valley Processing Center, by and through their undersigned counsels, hereby jointly stipulate to dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Petitioner was granted relief from removal in the form of asylum on August 27, 2026, and he was released from detention on approximately August 30, 2026.

Respectfully submitted,

Date: September 1, 2026

*/s/Robert Jackel*
Robert Jackel, PA Bar No. 307716
*Counsel for Petitioner*
Legal Services of New Jersey
100 Metroplex Drive, Suite 402
Edison, New Jersey 08817
Tel. 848-274-0842
rjackel@lsnj.org

*/s/ V. Joseph Sonson*
V. Joseph Sonson, PA Bar No. 314864
Assistant U.S. Attorney
*Counsel for Respondent*
Western District of PA
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Vincent.Sonson@usdoj.gov

AND NOW, this 8th,
day of September, 2026,
IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE